*Sullivan, Assistant District Attorney,* for appellee.

## 53901. CONLEY v. THE STATE.

PER CURIAM.

The defendant was convicted of aggravated assault and he appeals. His enumerations of error concern the sufficiency of the evidence to authorize his conviction and portions of the charge to the jury. We have examined the record and the briefs for both sides and hold that none of the enumerations has any merit.

*Judgment affirmed. Bell, C. J., McMurray and Smith, JJ., concur.*

SUBMITTED MAY 2, 1977 — DECIDED JUNE 7, 1977.

*J. Laddie Boatright,* for appellant.

*Phillip R. West, District Attorney, James L. Wiggins, Assistant District Attorney,* for appellee.